FILED

JUN 17 09

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Paul Lee Jackson,           )
                            )
        Plaintiff,          )
                            )
    v.                      )    Civil Action No. 09 1110
                            )
Paul T. Camilletti *et al.*,   )
                            )
        Defendants.         )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

Plaintiff is a prisoner at the Federal Correctional Center in Petersburg, Virginia. He sues two assistant United States attorneys and a private attorney in Martinsburg, West Virginia, several employees of the West Virginia State Police, and the Sheriff of Jefferson County in Charlestown, West Virginia., for acts allegedly taken during the criminal investigation and prosecution of plaintiff in the United States District Court for the Northern District of West Virginia. Plaintiff also sues the United States Magistrate Judge who recommended the denial of his petition for relief under 28 U.S.C. § 2255. Plaintiff alleges, *inter alia*, that defendants "did conspire to injure, oppress, threaten or intimidate [him] in the free exercise or enjoyment of his [constitutional] rights[.]" Compl. at 2. He seeks only a jury trial. *Id.* at 5. In the complaint and the attached "Affidavit in Support of Complaint," plaintiff is contesting the evidence supporting his conviction. This Court lacks subject matter jurisdiction to review the proceedings of another court. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*,

847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995). The complaint therefore will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: June 10, 2009

United States District Judge